IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA for the use of DONALD B. MURPHY CONTRACTORS,**<br><br>Plaintiff,<br><br>vs.<br><br>**TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al.,**<br><br>Defendants, | **8:15CV48**<br><br>**THIRD AMENDED ORDER SETTING FINAL SCHEDULE FOR PROGRESSION OF CASE** |

This matter is before the Court on the parties' Joint Stipulated Motion to Amend Order Setting Final Schedule for Progression of Case (Filing No. 103). The Parties seek a continuance of the deposition deadline set forth in the Court's Second Amended Order Setting Final Schedule For Progression of Case, Document. No. 78, to December 15, 2016.

**IT IS SO ORDERED**: The parties' Joint Stipulated Motion to Amend Order Setting Final Schedule for Progression of Case (Filing No. 103) is granted as set forth below.

**IT IS FURTHER ORDERED**: The provisions of the Court's previous orders remain in effect, and in addition to those provisions, the following date changes shall apply:  **Deadline for depositions, and associated discovery deadlines, is extended to December 15, 2016.**

Dated this 16th day of November, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge