IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of DONALD B. MURPHY CONTRACTORS,<br><br>Plaintiff,<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al.,<br><br>Defendants, | 8:15CV48<br><br>FOURTH AMENDED ORDER SETTING FINAL SCHEDULE FOR PROGRESSION OF CASE |

This matter is before the Court on the parties' Joint Stipulated Motion to Amend Order Setting Final Schedule for Progression of Case (Filing No. 105). The Parties seek a continuance of the deadlines for motions for summary judgement and motions *in limine* challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702 as set forth in the Court's Second Amended Order Setting Final Schedule For Progression of Case, Document No. 78, to December 15, 2016.

**IT IS SO ORDERED**: The parties' Joint Stipulated Motion to Amend Order Setting Final Schedule for Progression of Case (Filing No. 105) is granted as set forth below.

**IT IS FURTHER ORDERED**: The provisions of the Court's previous orders remain in effect, and in addition to those provisions, the following date changes shall apply: **Deadline for motions for summary judgement and motions *in limine* challenging the admissibility of expert testimony at trial under Fed. R. Evid. 702 are extended to December 22, 2016.**

Dated this 30th day of November, 2016.

BY THE COURT:

 s/ Thomas D. Thalken
 United States Magistrate Judge