UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of DONALD B. MURPHY CONTRACTORS, INC., a Washington corporation,<br><br>                Plaintiff,<br><br>   v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; *et al.*,<br><br>                Defendants. | NO.  8:15-CV-48<br><br>**SIXTH AMENDED ORDER SETTING FINAL SCHEDULE FOR PROGRESSION OF CASE** |

      This matter is before the Court on the parties' Joint Stipulated Motion to Amend Order Setting Final Schedule for Progression of Case (Filing No. 143). The Parties seek a continuance of the deadline relating to the filing of motions to compel for the following three subjects:

      (1) KP's production of documents set forth in the November 20, 2016 email from Becki Ashbaugh and the follow-up emails related thereto;

      (2) DBM's privilege log; and

      (3) Claims and information set forth in KP's December 7, 2016 Second Supplemental Discovery Responses.

      **IT IS SO ORDERED**: The parties' Joint Stipulated Motion to Amend Order Setting Final Schedule for Progression of Case (Filing No. 143) is granted as set forth below.

      **IT IS FURTHER ORDERED**: The provisions of the Court's previous orders remain in effect, and in addition to those provisions, the following date changes shall apply:

1. Deadline for filing motions to compel relating to the following subjects is extended to **January 30, 2017:**

    a) KP's production of documents set forth in the November 20, 2016 email from Becki Ashbaugh and the follow-up emails related thereto;

    b) DBM's privilege log; and

    c) Claims and information set forth in KP's December 7, 2016 Second Supplemental Discovery Responses.

Dated this 9th day of January, 2017.

BY THE COURT:

*s/ Susan M. Bazis*

s/ Susan M. Bazis
United States Magistrate Judge

2