IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use of DONALD B. MURPHY CONTRACTORS,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, et al.,<br><br>Defendants, | 8:15CV48<br><br><br>ORDER |

This matter is before the Court on the parties' Joint Stipulated Motion to Extend Deadline for the Deposition of Michael Murphy (Filing No. 159). The parties seek a continuance of the deadlines for the deposition of Michael Murphy as set forth in the Court's Text Order Denying as Moot KiewitPhelps' Motion to Compel Deposition of Michael Murphy, Filing. No. 112, to February 14, 2017.

**IT IS SO ORDERED**: The parties' Joint Stipulated Motion to Extend Deadline for the Deposition of Michael Murphy (Filing No. 159) is granted as set forth below.

**IT IS FURTHER ORDERED**: The provisions of the Court's previous orders remain in effect, and in addition to those provisions, the following date changes shall apply: The deadline for the deposition of Michael Murphy is extended to February 14, 2017.

Dated this 13th day of January, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge

4833-1892-9472.1