IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use of DONALD B. MURPHY CONTRACTORS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation; et al.,<br><br>Defendants. | No. 8:15-CV-0048<br><br>ORDER GRANTING DISMISSAL WITH PREJUDICE |

This matter is before the Court on the Stipulation for Dismissal with Prejudice. Having considered the stipulation,

IT IS ORDERED that the claims in the above-captioned matter are dismissed with prejudice, each party to bear their own costs and expenses, including attorney's fees.

Dated this 7th day of December, 2017.

BY THE COURT:

*s/ Joseph F. Bataillon*
Senior United States District Judge

1